```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
```

CONSTANCE BARTON,                   :
                                    :
    Plaintiff,                      :
                                    :
V.                                  :   CASE NO. 3:10CV881 (RNC)
                                    :
ALLIED DATA CORPORATION, ET AL.,    :
                                    :
    Defendants.                     :

## ORDER

The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to close the file without prejudice to reopening on or before August 20, 2010.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before August 20, 2010.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.

So ordered.

Dated at Hartford, Connecticut this 21st day of July 2010.

                                              /s/ Robert N. Chatigny
                                               Robert N. Chatigny
                                       United States District Judge